1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  CV 10-8399 PA (JEMx) |
|---|---|
| Plaintiff, | JUDGMENT OF FORFEITURE |
| v. | |
| 31 ASSORTED MONEY ORDERS TOTALING $27,500.00, | |
| Defendant. | |

This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on November 4, 2010.  Notice of this action has been given in the manner required by law.  Potential claimants Khrist Kakosimidi, Café 420, and Queen of Angels Medical Supply have not appeared by filing a timely claim or answer.  Therefore, potential claimants Khrist Kakosimidi, Café 420, and Queen of Angels Medical Supply have not defended their interest, if any, in the defendant 31 assorted money orders totaling $27,500.00.  No responsive pleading was filed by any other potential claimants.  Therefore, the Court deems that potential claimants Khrist Kakosimidi, Café 420, Queen of Angels Medical Supply and all other potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of claimants Khrist Kakosimidi, Café 420, Queen of Angels Medical Supply and all other

1 | potential claimants, in and to the defendant is condemned and forfeited to the United States of
2 | America.

3 | DATED: April 8, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-